OPINION — AG — ** SPECIAL LAWS — POPULATION — FAIRGROUNDS AND IMPROVEMENT LEGISLATION ** IS SENATE BILL NO. 94 (1949) CONSTITUTIONAL ? (THIS LEGISLATION APPROPRIATED FUNDS TO COUNTY FREE FAIRS TO REPAIR AND EXISTING MAINTENANCE OF BUILDINGS) — AFFIRMATIVE (APPROPRIATIONS BROKEN DOWN BY POPULATION GROUPS, I.E., COUNTIES) CITE: ARTICLE V, SECTION 32, ARTICLE V, SECTION 46, ARTICLE V, SECTION 57 (FRED HANSEN)